IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANNON MARIA TRIMBLE-CASADO,

    Plaintiff,

v.                              Case No. 1:17cv145-MW/GRJ

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 17. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**. Plaintiff's request for oral argument is **DENIED**." The Clerk shall close the file.

**SO ORDERED on September 7, 2018.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**